UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
Fayette Lewis,                                    CHAPTER 13
                                                  CASE NO: 18-51648
        Debtor(s).                                JUDGE:   MCIVOR
_____/

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Frego & Associates- The Bankruptcy Law Office, P.L.C., Attorney for the Debtor, for the allowance of compensation and reimbursement of expenses, fees by application shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X]  Debtor shall submit to the Trustee 100% of profit sharing funds and/or bonuses received or entitled to be received by the debtor since the commencement of debtor's case.

[X]  The Plan payment shall be $1224/month effective 11/1/2018.

[X]  U of M Credit Union shall receive equal monthly payments of $276/month on their Class 5.1 claim.

[X]  2016(B) shall be amended by 11/15/2018 to show a $100 retainer.

Approved:

/s/ Thomas D. DeCarlo attorney for
DAVID WM. RUSKIN (P26803)
Chapter 13 Standing Trustee
26555 EVERGREEN, #1100
SOUTHFIELD, MI 48076
(248) 352-7755

/s/ Brent Ingram
Frego & Associates – The
Bankruptcy Law Office, P.L.C.
Attorney for Debtor(s)
Andrea R. Carey (P69860)
23843 Joy Rd.
Dearborn Heights, MI 48127

**Signed on November 07, 2018**

/s/ Marci B. McIvor
**Marci B. McIvor**
**United States Bankruptcy Judge**