| | |
|---|---|
| IN THE MATTER OF: Fayette Lewis | Case No.: 18-51648-lsg<br>Chapter: 13<br>Judge: Lisa S. Gretchko |
| **Debtor(s)** / | |

POST CONFIRMATION FEE APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION
ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE OF CHAPTER 13 PLAN
PURSUANT TO L.B.R. 9014-1 AND 2016-1(a)(E.D.M.) FROM 08/18/22 THROUGH 05/01/23

**NOW COMES** Debtor(s) Counsel, Frego & Associates - The Bankruptcy Law Office, PLC., Attorney at Law, Attorney for Debtor(s), and moves this Honorable Court as follows:

1. Pursuant to **L.B.R. 2016-1 (E.D.M.)** Debtors counsel seeks
   a. compensation in the amount of $ **369.00**
   b. expenses in the amount of $ **2.42**
   c. balance of retainer on deposit with debtors attorney **$ 0.00**

2. Pursuant to **L.B.R. 2016-1(a)(2)(E.D.M)**, said legal services are for the time period from 08/18/22 to 05/01/23.

3. Pursuant to **L.B.R. 2016-1(a)(3)(E.D.M)** the undersigned counsel for Debtor provides the following narrative summary: Attached as Exhibit 1 is the Proposed Order for Attorney Fees, and the itemized time record and breakdown of hourly rates is attached as a combined Exhibit 5 and 7.That counsel for Debtor(s) performed the following legal services, which has allowed the confirmation of the Chapter 13 Plan and the continued protection of the Debtor(s) and Debtor(s) assets by the Bankruptcy Court: Review of various pleadings; calculation of Plan completion; preparation of assorted pleadings; review of Proofs of Claim; if any, preparation for hearings; all conferences with Debtor(s), (including office conferences and telephone calls), and other miscellaneous activities.

4. Pursuant to **L.B.R. 2016-1(a)(4)(E.D.M.)** There were no adversary proceedings involving this case.

5. Pursuant to **L.B.R. 2016-1(a)(5)(E.D.M.)** The current status of this case is in the 54th month of a 60-month plan. Pursuant to **L.B.R. 2016-1(a)(6)(E.D.M.)** This Fee Application impacts the plan in the following ways: distribution to Creditors may be delayed as a result of the payment of this administrative expense and the Debtor(s) plan may run longer than originally proposed, in proportion to the amount requested.

6. Pursuant to **L.B.R. 2016-1(a)(6)(E.D.M)** Debtor's counsel expects to provide professional services in the future as required for both the maintenance and administration of the plan.

7. Pursuant to **L.B.R. 2016-1(a)(7)(E.D.M)** Unpaid Administrative expenses $ 0.00.

8. Pursuant to **L.B.R. 2016-1(a)(8)(E.D.M)** In no instance is an award sought for services of more than one attorney or paralegal per task performed and there is no agreement to share compensation, other than with associates in the firm.

9. Pursuant to **L.B.R. 2016-1(a)(9)(E.D.M)** The total amount of fees previously approved is $ 6,834.50 and expenses $ 145.19 for services rendered through 08/17/22.

10. Pursuant to **L.B.R. 2016-1(a)(10)(E.D.M)** The Debtor(s) were given the opportunity to review this application at least seven(7) days before the actual filing of this application, the application was mailed to the client on _5/1/23_, and no response or objection prior to its filing with the court.

WHEREFORE, the undersigned counsel for Debtor(s) moves for award and approval of Post-confirmation attorney fees and costs in the amount of $ **369.00** in fees and $ **2.42** costs for the period of **08/18/22 through 05/01/23** for total compensation of $ **371.42**.

Dated: 5/8/23

**/s/ Glen Turpening.**
Glen Turpening(P65230)
Frego & Associates -
The Bankruptcy Law Office, PLC
Attorney for Debtor(s)
23843 Joy Rd
Dearborn Hts MI 48127
(313) 724-5088
fregolaw@aol.com

IN THE MATTER OF: **Fayette   Lewis**                    Case No.:    18-51648-lsg
                                                         Chapter:     13
                                                         Judge:       Lisa S. Gretchko

      **Debtor(s)**          /

### NOTICE OF POST CONFIRMATION FEE APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE OF CHAPTER 13 PLAN

Frego & Associates - The Bankruptcy Law Office, PLC., Attorney for the Debtor(s), has filed papers with the court for AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE OF CHAPTER 13 PLAN.

<u>Fees Requested:</u>             $ 369.00
<u>Expenses Requested:</u>         $   2.42
<u>Balance of Retainer:</u>        $   0.00

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application for Award and Approval of Payment of Attorney Fees as an Administrative Expense of Chapter 13 Plan, or if you want the court to consider your views on the application, within fourteen (14) days from the date of service of this Application you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

   United States Bankruptcy Court
   211 W. Fort Street, 17th Flr
   Detroit, Michigan  48226

   Your response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before 14th day from the date of service of this application.

   You must also mail a copy to:

   David W. Ruskin, 26555 Evergreen Rd Ste 1100   Southfield, MI 48076-4251

   Frego & Associates - The Bankruptcy Law Office, PLC., Attorney at Law, 23843 Joy Rd, Dearborn Heights, MI 48127.

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 5/8/23                                            /s/   Glen Turpening.
                                                         Glen Turpening(P65230)
                                                         Frego & Associates –
                                                         The Bankruptcy Law Office, PLC.
                                                         Attorney for Debtor(s)
                                                         23843 Joy Rd
                                                         Dearborn Hts   MI  48127
                                                         (313) 724-5088
                                                         fregolaw@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: Fayette Lewis | Case No.: | 18-51648-lsg |
| | Chapter: | 13 |
| | Judge: | Lisa S. Gretchko |
| Debtor(s) / | | |

ORDER AWARDING AND APPROVING PAYMENT OF POST-CONFIRMATION
ATTORNEY FEE APPLICATION AS AN ADMINISTRATIVE EXPENSE OF CHAPTER 13 PLAN
PURSUANT TO L.B.R. 9014-1 AND 2016-1(a)(E.D.M.) FROM 08/18/22 THROUGH 05/01/23

This matter came before the Court on the Application of Frego and Associates – The Bankruptcy Law Office P.L.C. Required parties were served with notice of the application and the provisions of E.D. Mich. L.B.R 2016-1 were met. No objection to the application was timely filed, and a certification of no response has been filed. The Court has reviewed the application and is advised in the premises.

IT IS HEREBY ORDERED:

1. The Court previously approved Applicant's fees and expenses in the amount of $6,979.69

    The Court grants Applicant's current fee application as follows:

    | | |
    |---|---|
    | THIS AWARD FOR FEES | $369.00 |
    | THIS AWARD FOR COSTS | $2.42 |
    | TOTAL THIS AWARD | $371.42 |
    | AMOUNT OF THIS AWARD PAID DIRECTLY BY DEBTOR: | $0.00 |
    | AMOUNT OF THIS AWARD TO BE PAID BY TRUSTEE: | $371.42 |

2. This award covers services rendered and expenses incurred during the time period of 08/18/22-05/01/23.

# PROPOSED ORDER - EXHIBIT "1"