Rates - Exh 4

| ATTORNEYS | INITIALS | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Danielle M. Klyce-Miller | DMK | | $330.00 | $0.00 |
| Dave S. Wilkinson | DSW | | $315.00 | $0.00 |
| Eric P. Mulka | EPM | | $295.00 | $0.00 |
| Giordan Boin | GLB | | $215.00 | $0.00 |
| Glen T. Turpening | GTT | 0.70 | $305.00 | $213.50 |
| Glenn L. Williams | GLW | | $235.00 | $0.00 |
| Jacinda M. White | JMW | | $235.00 | $0.00 |
| James P. Frego | JPF | | $350.00 | $0.00 |
| Jay E. Piggott | JEP | | $305.00 | $0.00 |
| Daphne S. Mathis-Harris | DSMH | | $250.00 | $0.00 |
| Briget Kuhns | BMK | | $215.00 | $0.00 |
| BRETT HUEBNER | BPH | | $235.00 | $0.00 |
| Joseph L. Berwanger | JLB | | $265.00 | $0.00 |
| Madiha Nasser | MZN | | $225.00 | $0.00 |
| Mandi L. Bahoora-Sokana | MLS | | $310.00 | $0.00 |
| Marla A. Skeltis | MAS | | $250.00 | $0.00 |
| Mary Enloe | MLE | | $290.00 | $0.00 |
| Nate Herdt | NHH | | $250.00 | $0.00 |
| Rachel M Sexton | RMS | | $275.00 | $0.00 |
| Sagar P. Rathod | SPR | | $240.00 | $0.00 |
| Toni D. Valchanov | TDV | 0.40 | $290.00 | $116.00 |
| | | 1.1 | | $329.50 |

| PARALEGALS | INITIALS | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Andrea Centeno | AC | | $100.00 | $0.00 |
| Christina M. Lamothe | CML | | $130.00 | $0.00 |
| Dani M. Fowler | DMF | | $110.00 | $0.00 |
| Danielle McGrath | DLM | | $95.00 | $0.00 |
| Deborah Peters | DKP | | $90.00 | $0.00 |
| Jennifer Marrow | JEM | | $130.00 | $0.00 |
| Jessica A. Adams | JAA | | $105.00 | $0.00 |
| Kiaira Barker | KAB | | $110.00 | $0.00 |
| Leisa Wilson | LDW | | $125.00 | $0.00 |
| Makayla Williams | MDW | | $110.00 | $0.00 |
| Nicole Gregory | NDG | | $130.00 | $0.00 |
| Stacy Smith | SOS | | $120.00 | $0.00 |
| Terrah Salamone | TLS | | $125.00 | $0.00 |
| TOTALS | | 0 | | $0.00 |

| LEGAL ASSISTANTS | INITIALS | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Alex Burdett | AB | | $90.00 | $0.00 |
| Bridget L. Rodway | BLR | | $85.00 | $0.00 |
| Cherie Labenne | CLL | | $80.00 | $0.00 |
| Crystal T. Bradford | CTB | | $75.00 | $0.00 |
| Dalya Rajab | DR | | $75.00 | $0.00 |
| Deanna M. Holmes | DMH | | $105.00 | $0.00 |
| Denise Hart | DAH | | $80.00 | $0.00 |
| Erika Holmes | EGH | | $100.00 | $0.00 |
| Erinn E. Reeves | EER | | $85.00 | $0.00 |

Rates - Exh 4

| | | | | |
|---|---|---|---|---|
| Gigi Moulden | GMM | 0.1 | $80.00 | $8.00 |
| Janis M Winneck | JMW | | $75.00 | $0.00 |
| Karein Russell | KSR | | $80.00 | $0.00 |
| Karla M. Williams | KMW | | $115.00 | $0.00 |
| Kayla Kelsey-Dennis | KKD | | $80.00 | $0.00 |
| Keiona Mayo | KKM | | $90.00 | $0.00 |
| Kelsey M. Nowlin | KLN | | $85.00 | $0.00 |
| Lauri Rice | LER | | $85.00 | $0.00 |
| Melissa Tomkins | MET | | $85.00 | $0.00 |
| Patricia H. Dinnan | PHD | | $110.00 | $0.00 |
| Quaneka Alexander | QAA | | $85.00 | $0.00 |
| Shane Scott | SMS | | $80.00 | $0.00 |
| Shantele R. Maxie | SRM | | $75.00 | $0.00 |
| Shaundra L. Petticord | SLP | | $95.00 | $0.00 |
| Shawna V Rollet | SVR | | $110.00 | $0.00 |
| Susie M. Travers | SMT | | $90.00 | $0.00 |
| Teri R. Schwertner-Hester | TRH | | $105.00 | $0.00 |
| Tracy A Dowling | TAD | | $110.00 | $0.00 |
| Vihra V. Valchanova | VVV | 0.3 | $105.00 | $31.50 |
| Zahraa Aoun | ZA | | $75.00 | $0.00 |
| **TOTALS** | | **0.4** | | **$39.50** |

**GRAND TOTAL**      **1.5**      **$ 369.00**

18-51648-lsg    Doc 74-2    Filed 05/08/23    Entered 05/08/23 09:53:22    Page 3 of 8

| TOTAL FEES DIVIDED BY HOURS |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| **299.55** |

| TOTAL FEES DIVIDED BY HOURS |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| **#DIV/0!** |

| TOTAL FEES DIVIDED BY HOURS |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

Rates - Exh 4

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **98.75** | |

**246**

| | |
|---|---|
| AAM | $170.00 |
| AAP | $200.00 |
| ABS | $195.00 |
| AEK | $180.00 |

Page 6

| | |
|---|---|
| AG | $190.00 |
| ANS | $185.00 |
| ARC | $220.00 |
| BLI | $235.00 |
| BR | $230.00 |
| COR | $230.00 |
| DMK | $275.00 |
| DSMH | $250.00 |
| DSW | $270.00 |
| EPM | $250.00 |
| FAL | $180.00 |
| GTT | $270.00 |
| JEP | $275.00 |
| JLB | $235.00 |
| JPF | $345Det/$335FL |
| LDA | $230.00 |
| MLS | $255.00 |
| MRB | $225.00 |
| RMS | $190.00 |
| RN | $175.00 |
| TDV | $255.00 |
| WJM | $190.00 |
| MZN | $220.00 |
| SPR | $220.00 |
| EJT | $220.00 |
| | |
| | |
| | |
| | |
| AEL | $70.00 |
| CML | $115.00 |
| CMM | $85.00 |
| DKP | $90.00 |
| HR | $90.00 |
| LDW | $110.00 |
| LMP | $120.00 |
| NDG | $115.00 |
| PJR | $80.00 |
| SOS | $115.00 |
| TDV | n/a |
| TAE | $100.00 |
| TIH | $85.00 |
| AC | $85.00 |
| LK | $105.00 |
| MDW | $75.00 |
| | |
| | |
| | |
| AAH | $70.00 |
| ACL | $70.00 |
| ALC | $70.00 |

| | |
|------|---------|
| ASA  | $70.00  |
| DMF  | $90.00  |
| DMR  | $70.00  |
| EMP  | $85.00  |
| FSC  | $70.00  |
| GDB  | $70.00  |
| JEG  | $75.00  |
| JMR  | $75.00  |
| JMS  | $70.00  |
| JMW  | $75.00  |
| KAC  | $75.00  |
| KKJ  | $80.00  |
| KMW  | $105.00 |
| MED  | $90.00  |
| NAL  | $80.00  |
| PHD  | $95.00  |
| RDP  | $75.00  |
| RMR  | $70.00  |
| RNB  | $70.00  |
| SDW  | $70.00  |
| SLP  | $75.00  |
| SMM  | $70.00  |
| SMT  | $80.00  |
| SVR  | $75.00  |
| SW   | $70.00  |
| TAD  | $75.00  |
| TLN  | $70.00  |
| TRH  | $95.00  |
| VMK  | $70.00  |
| VVV  | $90.00  |
| AB   | $85.00  |
| ACF  | $80.00  |
| KKM  | $80.00  |
| KLN  | $85.00  |
| LNC  | $75.00  |
| LER  | $75.00  |
| MET  | $85.00  |